703 F.2d 328
 Glenn L. McDONNELL, Appellee,
v.
FARMERS INSURANCE EXCHANGE, Truck Insurance Exchange, Fire
Insurance Exchange, Mid-Century Insurance, Farmers
New World Life Insurance Company and
Illinois Farmers Insurance
Company, Appellants.
 No. 82-1748.
 United States Court of Appeals,
Eighth Circuit.
 Submitted March 15, 1983.
Decided April 12, 1983.
 
 Appeal from the United States District Court for the District of Minnesota; Diana E. Murphy, U.S.D.C., Judge.
 Dorsey & Whitney, Roger J. Magnuson, Charles L. Sweeris, Minneapolis, Minn., for appellee.
 William T. Egan, Scott K. Goldsmith, Rider, Bennett, Egan & Arundel, Minneapolis, Minn., for appellants.
 Before LAY, Chief Judge, JOHN R. GIBSON, Circuit Judge, and ROBERTS,* District Judge.
 PER CURIAM.
 
 
 1
 This matter comes before the court on review of the grant of a preliminary injunction issued by the district court under the guidelines of Dataphase Systems, Inc. v. C L Systems, Inc., 640 F.2d 109 (8th Cir.1981). On appeal defendants urge that plaintiff has not shown it will probably succeed on the merits. We stated in Dataphase:
 
 
 2
 It follows that the court ordinarily is not required at an early stage to draw the fine line between a mathematical probability and a substantial possibility of success. This endeavor may, of course, be necessary in some circumstances when the balance of equities may come to require a more careful evaluation of the merits. But where the balance of other factors tips decidedly toward movant a preliminary injunction may issue if movant has raised questions so serious and difficult as to call for more deliberate investigation.
 
 
 3
 Id. at 113.
 
 
 4
 We find that the district court did not abuse its discretion in applying the above standard in granting the preliminary injunction.
 
 
 5
 We do, however, request the district court to expedite an early determination on the merits of the legal issue involved as to the applicability of the Minnesota Franchise Act, Minn.Stat.Ann. Sec. 80C.01 to -.22 (West Supp.1983), asserted by the plaintiff as governing the relationship of the parties.
 
 
 6
 The order granting the preliminary injunction is affirmed.
 
 
 
 *
 Ross T. Roberts, District Judge, Western District of Missouri, sitting by designation